ACCEPTED
12-14-00282-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/4/2015 3:34:25 PM
CATHY LUSK
CLERK

# NO. 12-14-00282-CR

ON APPEAL FROM THE 159TH JUDICIAL DISTRICT COURT IN
ANGELINA COUNTY, TEXAS
CAUSE NO. 2012-0039

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/4/2015 3:34:25 PM
CATHY S. LUSK

| | | |
|---|---|---|
| **GENEVA DORIS VASQUEZ** | § | **IN THE 12TH COURT OF APPEALS** |
| | § | |
| | § | **OF** |
| **vs.** | § | |
| | § | |
| **STATE OF TEXAS** | § | **TYLER, TEXAS** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Geneva Doris Vasquez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 159th District Court of Trinity County, Texas.

2. The case below was styled the STATE OF TEXAS vs. Geneva Doris Vasquez, and numbered 2012-0039. Appellant was convicted of Fraud.

5. On January 22, 2013, the State filed a Motion to Adjudicate Guilt.

6. Appellant pled "True" to allegations of the State's Motion to Adjudication.

7. A pre-sentence investigation was ordered and a sentencing hearing was conducted . Appellant was assessed a sentence of Two (2) years State Jail on August 29, 2014.

8. Notice of appeal of was filed on September 26, 2014.

9. The appellate brief is presently due on February 4, 2015.

10. Appellant requests an extension of time of thirty (30) days from the present date.

11. No extensions to file the brief have been received in this cause.

12. Defendant is currently incarcerated.

13. Appellant relies on the following facts as good cause for the requested extension:

Counsel currently has three pending briefs due before the Court including one he completed and filed on Monday, February 2, 2014 and is therefore respectfully requesting additional time to review the records and prepare an adequate brief. Additionally, a supplemental Trial Court Clerk's Record has been requested by the Clerk of this Court.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted:

*/s/John D. Reeves*
_____
John D. Reeves
Attorney at Law
1007 Grant
Lufkin, Texas 75901
Phone (936) 632-160
Fax: (936) 632-1640
tessabellus@yahoo.com
SBOT # 16723000
Counsel for Appellant

## **CERTIFICATE OF CONFERENCE**

Pursuant to Tex. R. App. 10.1 (5), certify that I, the undersigned conferred with the staff of opposing counsel who indicated that she does not oppose this motion.

*/s/John D. Reeves*

_____

John D. Reeves


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion to Extend Time to file Appellant's Brief on this 4th day of February, 2015 forwarded to State's Attorney, April Ayers-Perez, Assistant District Attorney, Angelina County, by electronic service at aperez@angelinacounty.net.


*/s/John D. Reeves*

_____

John D. Reeves
Attorney for Appellant,
Geneva Doris Vasquez